# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.　　　　　　　　　　CR 96-333-SVW

Defenda __DAVID GRADNEY__　　　　　　　　　　Social Security # 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

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: **November 16, 1998**

**COUNSEL:**
　　____ WITHOUT COUNSEL

However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
　　**xx** WITH COUNSEL: R. Shawn Nelson

**PLEA:**
　　**xx** GUILTY, and the Court being satisfied that there is a factual basis for the plea.
　　____ NOLO CONTENDERE　　　　____ NOT GUILTY

**FINDING:**

There being a finding/verdict of ____ GUILTY, defendant has been convicted as charged of the offense(s) of: Possession with intent to distribute a controlled substance, methamphetamine in violation of 21 USC 841(s)(1) as charged in counts 1 and 2.

## JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **time already served on counts 1 and 2 with the sentences to run concurrently. The defendant is Ordered placed on supervised release for a term of 4 years on the conditions that he comply with the rules and regulations of the Probation Office and General Order 318. Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay. The defendant is Ordered to pay a special assessment of $100.**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

____ This is a direct commitment to the Bureau of Prisons and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____
　　　　　　　　　　　　STEPHEN V. WILSON

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

　　　　　　　　　　　　　　　　　　Sherri R. Carter, Clerk

Dated/Filed **NOV 19 1998**
　Month / Day / Year
　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Duane Hostetter, Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. The defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. The defendant shall support his or her dependents and meet other family responsibilities;

6. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. The defendant shall permit a probation officer to visit him or her ant any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make notifications and to conform the defendant's compliance with such notification requirement;

15. The defendant shall not possess a firearm or other dangerous weapon;

16. The defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

The conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on_____ to _____

Defendant noted appeal on_____

Defendant released on_____

Mandate issued on_____

Defendant's appeal determined on_____

Defendant delivered on_____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO-245-B (01/90)         JUDGMENT AND PROBATION/COMMITMENT ORDER